██ Thomas Persing et al., Respondents, v Citizens Tele-communications Company of New York, Inc., Defendant and Third-Party Plaintiff. Enkels & McCoy, Inc., Third-Party Defendant-Appellant. [813 NYS2d 690]—Appeal from an order of the Supreme Court, Steuben County (Peter C. Bradstreet, A.J.), dated February 7, 2005 in a personal injury action. The order, insofar as appealed from, granted plaintiffs' motion for partial summary judgment on the issue of liability under Labor Law § 240 (1).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.